UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
**FILED**

FEB 17 2022

Nathan Ochsner, Clerk of Court

| MICHELLE LEGALL-JOHNSON, AND WILLIAM JOHNSON *PLAINTIFFS* | § § § | |
|---|---|---|
| V. | § | |
| JP MORGAN CHASE BANK N.A, AKA JP MORGAN CHASE & CO., JP MORGAN CHASE BANK NATIONAL ASSOCIATION, THUY FRAZIER, JOYCE NWACHUKWU, MCCARTHY & HOLTHUS, LLP, AND JOHN DOE | § § § § § § § § § | CIVIL ACTION NO. 4:22-cv-489 |

### PLAINTIFFS ORIGINAL RULE 41 NOTICE OF NON-SUIT

TO ALL INTERSTED PARTIES, please take notice that William Johnson Jr. and Michelle Legall-Johnson aka Michelle Legal Plaintiffs in the above style and number cause give notice to all interested parties of their non-suit without prejudice and without Court order of the above case pursuant to Rule 41. The Plaintiffs will show that neither Michelle Legall-Johnson and William Johnson ("Plaintiffs") dismissal is before the opposing parties were served, before an answer on Plaintiff's complaint has been filed by any of the Defendants. Further, the plaintiff have not previously dismissed any federal- or state-court action based on or including the same claim, a notice of dismissal operates as an adjudication on the merits.

Respectfully submitted,

*[signature]*

Dr. Michelle Legal
12202 Leather Saddle Ct.
Houston, Texas 77004
02/17/2022

## CERTIFICATE OF SERVICE

This is to certify that on February 17, 2022, a true and correct copy of the foregoing pleading has been furnished to Defendants counsel of record via certified mail, return receipt requested, in accordance with the Federal Rules of Civil Procedure

By: /esig/ *Sonya Chandler Anderson*