United States District Court
Southern District of Texas
**ENTERED**
April 27, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE LEGALL-JOHNSON and WILLIAM JOHNSON, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-22-0489 |
| JPMORGAN CHASE & CO., ET AL., | § § § | |
| Defendants. | § § | |

### ORDER

On February 17, 2022, Plaintiffs, Michelle Legall-Johnson and William Johnson, filed a Notice of Nonsuit without Prejudice (docket no. 3) stipulating to the voluntary dismissal of this action against Defendants, JPMorgan Chase & Co., JPMorgan Chase Bank, N.A., and John Doe, pursuant to Federal Rule of Civil Procedure 41.

Accordingly, this Court accepts the stipulation and this action is hereby **DISMISSED** without prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 27th day of April, 2022.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE